# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND and BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., CHARLES A. ALUTTO, DAN GINNETTI, BRENT ARNOLD, FRANK TEN BRINK, RICHARD KOGLER, MARK C. MILLER, JACK W. SCHULER, LYNN DORSEY BLEIL, THOMAS D. BROWN, THOMAS F. CHEN, RODNEY F. DAMMEYER, WILLIAM K. HALL, JOHN PATIENCE, MIKE S. ZAFIROVSKI, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, HSBC SECURITIES (USA) INC., MITSUBISHI UFJ SECURITIES (USA), INC., SANTANDER INVESTMENT SECURITIES INC., SMBC NIKKO SECURITIES AMERICA, INC., and U.S. BANCORP INVESTMENTS, INC.,<br><br>Defendants. | Civ. A. No. 1:16-cv-7145<br><br>Hon. Andrea R. Wood |

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND THE ARKANSAS TEACHER RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>THEIR SELECTION OF LEAD COUNSEL</u>**

I, Avi Josefson, declare as follows:

1. I am a member in good standing of the bars of the State of Illinois and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the Motion of the Public Employees' Retirement System of Mississippi ("Mississippi") and the Arkansas Teacher Retirement System ("Arkansas Teacher") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

> EXHIBIT A: Certifications of Mississippi and Arkansas Teacher;
>
> EXHIBIT B: Charts of transactions and losses of Mississippi and Arkansas Teacher;
>
> EXHIBIT C: Joint Declaration of Jacqueline H. Ray and George Hopkins in Support of the Motion of Mississippi and Arkansas Teacher for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel;
>
> EXHIBIT D: Notice of pendency of *St. Lucie County Fire District Firefighters' Pension Trust Fund v. Stericycle, Inc.,* No. 1:16-cv-7145 (N.D. Ill.) (the "*St. Lucie* Action"), published on July 12, 2016;
>
> EXHIBIT E: Notice of expanded class period of the *St. Lucie* Action, published on August 4, 2016; and
>
> EXHIBIT F: Firm Résumé of Bernstein Litowitz.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 12, 2016　　　　　　　　　　　　　*/s/ Avi Josefson*
　　　　Chicago, Illinois　　　　　　　　　　　　　　　　Avi Josefson