# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Jacqueline H. Ray, on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I have reviewed a complaint filed in this matter. Mississippi has authorized the filing of this motion for appointment as lead plaintiff.

2. Mississippi did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Mississippi is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Mississippi fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Mississippi's transactions in the Stericycle, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Mississippi has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Millennial Media, Inc. Securities Litigation,* No. 14-cv-7923 (S.D.N.Y.)
   *3226701 Canada, Inc. v. Qualcomm, Inc.,* No. 15-cv-2678 (S.D. Cal.)
   *Bryan v. Banco Bradesco S.A.,* No. 16-4155 (S.D.N.Y.)

6. Mississippi is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions filed under the federal securities laws during the three years preceding the date of this Certification:

   *Boynton Beach Firefighters' Pension Fund v. HCP, Inc.,* No. 16-cv-1106 (N.D. Ohio)

7. Mississippi will not accept any payment for serving as a representative party on behalf of the Class beyond Mississippi pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2016.

Jacqueline H. Ray
Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi

**Public Employees' Retirement System of Mississippi**
**Transactions in Stericycle, Inc.**

| **Transaction** | **Date** | **Shares** | **Price** |
|---|---|---|---|

**Common Stock**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 9/13/2013 | 700 | 114.9314 |
| Purchase | 9/23/2013 | 900 | 115.5623 |
| Purchase | 10/1/2013 | 1,400 | 116.5135 |
| Purchase | 10/18/2013 | 2,200 | 119.1229 |
| Purchase | 11/22/2013 | 3,600 | 119.5822 |
| Purchase | 12/13/2013 | 1,600 | 114.6061 |
| Purchase | 12/23/2013 | 5,600 | 114.4296 |
| Purchase | 12/8/2014 | 32,079 | 130.9532 |
| Purchase | 12/9/2014 | 50,498 | 130.5900 |
| Purchase | 12/10/2014 | 165,850 | 130.5553 |
| Purchase | 3/9/2015 | 147 | 136.6000 |
| Purchase | 3/26/2015 | 25,121 | 138.4853 |
| Purchase | 9/4/2015 | 2,585 | 141.0730 |
| Purchase | 10/26/2015 | 48,625 | 122.7847 |
| Purchase | 11/10/2015 | 22,965 | 124.3955 |
| Purchase | 1/27/2016 | 22,000 | 119.3791 |
| Purchase | 2/3/2016 | 423 | 116.0943 |
| Purchase | 2/5/2016 | 34,000 | 109.4787 |
| Purchase | 5/2/2016 | 37,600 | 94.7274 |
| Sale | 2/20/2013 | (1,058) | 95.8700 |
| Sale | 2/25/2013 | (600) | 95.8422 |
| Sale | 6/20/2013 | (1,349) | 106.6800 |
| Sale | 6/20/2013 | (91) | 106.6800 |
| Sale | 2/11/2014 | (9,200) | 115.7625 |
| Sale | 2/14/2014 | (326) | 116.8700 |
| Sale | 5/5/2014 | (1,034) | 115.4800 |
| Sale | 5/21/2014 | (4,000) | 112.1595 |
| Sale | 5/30/2014 | (2,800) | 113.4017 |
| Sale | 12/10/2014 | (1,035) | 130.1100 |
| Sale | 1/13/2015 | (33,897) | 135.1312 |
| Sale | 1/14/2015 | (34,380) | 134.5798 |
| Sale | 1/15/2015 | (35,948) | 134.0317 |
| Sale | 1/16/2015 | (16,518) | 133.0149 |
| Sale | 8/13/2015 | (1,125) | 144.9700 |
| Sale | 12/10/2015 | (1,229) | 117.5800 |
| Sale | 12/10/2015 | (1) | 117.6200 |
| Sale | 3/18/2016 | (168) | 122.1043 |

# CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, George Hopkins, on behalf of Arkansas Teacher Retirement System ("Arkansas Teacher"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Arkansas Teacher. I have reviewed a complaint filed in this matter. Arkansas Teacher has authorized the filing of this motion for appointment as lead plaintiff.

2. Arkansas Teacher did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Arkansas Teacher is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Arkansas Teacher fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Arkansas Teacher's transactions in the Stericycle, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Arkansas Teacher has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Francesca's Holdings Corporation Securities Litigation*, No. 13-cv-6882 (S.D.N.Y.)
*Arkansas Teacher Retirement System v. Bankrate Inc.*, No. 13-cv-7183 (S.D.N.Y.)
*In re Quality Systems, Inc. Securities Litigation*, No. 13-cv-1818 (C.D. Cal.)
*In re DFC Global Corp. Securities Litigation*, No. 13-cv-6731 (E.D. Pa.)
*Hatamian v. Advanced Micro Devices, Inc.*, No. 14-cv-226 (N.D. Cal.)
*Rossy v. Merge Healthcare Inc.*, No. 14-cv-318 (N.D. Ill.)
*State-Boston Retirement System v. Infoblox, Inc.*, No. 14-cv-2500 (N.D. Cal.)
*In re The Bancorp, Inc. Securities Litigation*, No. 14-cv-952 (D. Del.)
*In re CommVault Systems, Inc. Securities Litigation*, No. 14-cv-5628 (D.N.J.)
*Haan v. Five Below, Inc.*, No. 15-cv-94 (E.D. Pa.)
*In re Virtus Investment Partners, Inc., Securities Litigation*, No. 15-cv-1249 (S.D.N.Y.)
*In re Vipshop Holdings Ltd. Securities Litigation*, No. 15-cv-3870 (S.D.N.Y.)
*Arkansas Teacher Retirement System v. Insulet Corporation*, No. 15-cv-12345 (D. Mass.)
*Kasper v. AAC Holdings, Inc.*, No. 15-cv-923 (M.D. Tenn.)
*In re Extreme Networks, Inc. Securities Litigation*, No. 15-cv-4883 (N.D. Cal.)
*In re Nimble Storage, Inc. Securities Litigation*, No. 15-cv-5803 (N.D. Cal.)

6. Arkansas Teacher has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

>   *Pio v. General Motors Company,* No. 14-cv-11191 (E.D. Mich.)
>   *Jahm v. Bankrate, Inc.,* No. 14-cv-81323 (S.D. Fla.)
>   *Ong v. Chipotle Mexican Grill, Inc.,* No. 16-cv-141 (S.D.N.Y.)
>   *Friedman v. Endo International plc,* No. 16-cv-3912 (S.D.N.Y.)

7. Arkansas Teacher has served as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

>   *Arkansas Teacher Retirement System v. DFC Global Corp.,* No. 14-cv-1705 (E.D. Pa.)
>   *Horowitz v. SunEdison, Inc.,* No. 15-cv-1769 (E.D. Mo.)

8. Arkansas Teacher will not accept any payment for serving as a representative party on behalf of the Class beyond Arkansas Teacher's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2016.

George Hopkins
Executive Director
*Arkansas Teacher Retirement System*

**Arkansas Teacher Retirement System**
**Transactions in Stericycle, Inc.**

| <u>Transaction</u> | <u>Date</u> | <u>Shares</u> | <u>Price</u> |
|---|---|---|---|
| **Common Stock** | | | |
| Purchase | 3/6/2013 | 1,000 | 97.9689 |
| Purchase | 6/13/2013 | 1,970 | 106.5013 |
| Purchase | 11/21/2013 | 600 | 118.1900 |
| Purchase | 6/6/2014 | 1,363 | 115.7600 |
| | | | |
| Sale | 3/13/2013 | (1,000) | 100.6300 |
| Sale | 6/18/2013 | (1,970) | 110.8800 |
| Sale | 12/5/2013 | (600) | 116.1800 |
| Sale | 6/17/2014 | (1,363) | 117.2786 |

**Depositary Shares, each representing a 1/10th interest in a share of**
**5.25% Series A Mandatory Convertible Preferred Stock**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 9/10/2015 | 5,625 | 99.8000 |
| Purchase | 9/10/2015 | 30,960 | 100.0000 |
| Purchase | 9/25/2015 | 2,995 | 102.3078 |
| Purchase | 10/6/2015 | 2,150 | 103.7797 |
| Purchase | 10/16/2015 | 2,890 | 107.5339 |
| Purchase | 10/26/2015 | 3,100 | 93.8255 |
| Purchase | 11/3/2015 | 3,395 | 94.6262 |
| Purchase | 11/4/2015 | 2,880 | 94.6305 |
| Purchase | 11/4/2015 | 2,880 | 94.9760 |
| Purchase | 11/5/2015 | 5,765 | 95.0311 |
| Purchase | 11/10/2015 | 2,545 | 94.8845 |
| Purchase | 2/17/2016 | 2,515 | 85.7376 |
| | | | |
| Sale | 4/29/2016 | (3,295) | 77.7476 |
| Sale | 4/29/2016 | (2,520) | 78.9889 |
| Sale | 4/29/2016 | (3,290) | 79.1752 |
| Sale | 4/29/2016 | (3,150) | 77.6360 |
| Sale | 4/29/2016 | (3,290) | 78.3960 |
| Sale | 4/29/2016 | (630) | 77.8800 |
| Sale | 4/29/2016 | (3,290) | 78.3100 |
| Sale | 4/29/2016 | (3,290) | 78.5586 |
| Sale | 5/2/2016 | (3,295) | 77.5000 |
| Sale | 5/2/2016 | (1,320) | 77.6650 |
| Sale | 5/3/2016 | (3,295) | 76.7971 |
| Sale | 5/3/2016 | (3,295) | 77.2129 |
| Sale | 5/5/2016 | (2,640) | 77.5285 |
| Sale | 5/10/2016 | (3,285) | 77.6214 |
| Sale | 5/11/2016 | (3,315) | 77.0570 |