# EXHIBIT C

**UNITED STATES DISTRICT COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND and BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., CHARLES A. ALUTTO, DAN GINNETTI, BRENT ARNOLD, FRANK TEN BRINK, RICHARD KOGLER, MARK C. MILLER, JACK W. SCHULER, LYNN DORSEY BLEIL, THOMAS D. BROWN, THOMAS F. CHEN, RODNEY F. DAMMEYER, WILLIAM K. HALL, JOHN PATIENCE, MIKE S. ZAFIROVSKI, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, HSBC SECURITIES (USA) INC., MITSUBISHI UFJ SECURITIES (USA), INC., SANTANDER INVESTMENT SECURITIES INC., SMBC NIKKO SECURITIES AMERICA, INC., and U.S. BANCORP INVESTMENTS, INC.,<br><br>Defendants. | Civ. A. No. 1:16-cv-7145<br><br>Hon. Andrea R. Wood |

**JOINT DECLARATION OF JACQUELINE H. RAY AND GEORGE HOPKINS
IN SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI AND THE ARKANSAS TEACHER RETIREMENT
SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF THEIR SELECTION OF LEAD COUNSEL</u>**

We, Jacqueline H. Ray and George Hopkins pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the motion of the Public Employees' Retirement System of Mississippi ("Mississippi") and the Arkansas Teacher Retirement System ("Arkansas Teacher") for appointment as Lead Plaintiff in the above-captioned action. We are informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We each have personal knowledge about the information in this Joint Declaration relating to the movant with which we are individually associated.

2. I, Jacqueline H. Ray, am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi and am authorized to make this Joint Declaration on behalf of Mississippi. Mississippi is the retirement system for nearly all non-federal public employees in the State of Mississippi, providing benefits to over 75,000 retirees, and future benefits to more than 250,000 current and former employees, and manages over $25 billion in assets for its beneficiaries. Mississippi suffered substantial losses as a result of its investment in Stericycle securities during the period of wrongdoing alleged in the complaint on file in this action.

3. I am thoroughly familiar with the duties and responsibilities of serving as a Lead Plaintiff under the PSLRA. This understanding is based on, among other matters, Mississippi's successful prosecution of *In re Schering-Plough Corporation/ENHANCE Securities Litigation*, No. 08-cv-397-DMC-JAD (D.N.J.), which resulted in a recovery of $473 million for the Class, in which Mississippi served as Lead Plaintiff along with Arkansas Teacher and two other pension funds. Mississippi also successfully served as Lead Plaintiff in *In re Ambac Financial Group, Inc. Securities Litigation*, No. 08-cv-411 (S.D.N.Y.) along with Arkansas Teacher and one other

pension fund, resulting in a recovery of $33 million for investors. Mississippi and Arkansas Teacher also served together as plaintiffs in *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A.*, No. 12-cv-2865-KBF (S.D.N.Y.), which resulted in a recovery of $69 million for the Class.

4. I, George Hopkins, serve as the Executive Director of Arkansas Teacher, and I am authorized to make this Joint Declaration on its behalf. Arkansas Teacher is a state-wide retirement system headquartered in Little Rock, Arkansas, that has a 75-year history of providing retirement benefits for the employees of Arkansas' public schools and other educational institutions. As of June 30, 2015, Arkansas Teacher managed approximately $15 billion in total assets for the benefit of its approximately 125,000 members. As a result of its investment in Stericycle securities during the period of alleged wrongdoing, Arkansas Teacher suffered substantial losses.

5. Arkansas Teacher understands, appreciates, and accepts the duties and responsibilities with which a Lead Plaintiff is charged under the PSLRA. Arkansas Teacher's record of success of seeking redress on behalf of its fellow investors in securities class actions is proven by its Lead Plaintiff role in both *Schering* and *Ambac* where Arkansas Teacher, working closely with Mississippi, helped achieve a combined recovery of $506 million for shareholders. Further, Arkansas Teacher served as a plaintiff, together with Mississippi, in *Bank of America*, achieving a $69 million recovery for the Class.

6. Mississippi and Arkansas Teacher are strongly motivated to recover the losses that each incurred as a result of Stericycle's violations of the federal securities laws. Accordingly, we believe that the prosecution of this case must be overseen by sophisticated parties with significant resources and a substantial financial interest in the claims against the defendants to ensure that this action is litigated vigorously and efficiently. Mississippi's and Arkansas Teacher's primary goal

in seeking a leadership role in this action is to achieve the best possible recovery for all Class members from all potentially culpable parties. Mississippi and Arkansas Teacher have a well-established record of success serving together as Lead Plaintiff and plaintiff and seeking redress on behalf of our fellow investors in securities class actions as seen in *Schering*, *Ambac* and *Bank of America*.

7. After careful consideration of all the relevant facts and circumstances, and based on our prior experience successfully prosecuting *Ambac*, *Schering* and *Bank of America* together as part of a Lead Plaintiff and plaintiff group, we determined that we could best achieve our shared goals, and the best possible result for the Class, by serving jointly together as Lead Plaintiff. Indeed, based on our experience jointly litigating *Ambac, Schering* and *Bank of America*, we appreciate the benefits of collaborating with each other and other investors when serving as Lead Plaintiff, and believe that our collaboration here will benefit the Class. We understand that the PSLRA and courts permit groups to serve as Lead Plaintiff that function separate and apart from their lawyers and that are able to oversee and direct the litigation in the best interests of the Class. We intend to prosecute this action in such an independent manner.

8. Mississippi and Arkansas Teacher also considered our partnership especially appropriate here given that we are similarly situated sophisticated investors that share common goals, suffered substantial losses as a result of the alleged misconduct perpetrated by Stericycle, and believe in the importance of cooperation among members of the institutional investor community. Further, Mississippi incurred most of its losses on Stericycle common stock and Arkansas Teacher incurred most of its losses on Stericycle preferred stock. Thus, together we will represent a broad range of investor interests and ensure all of the Class' claims are protected. We

believe that our combined knowledge, experience, sophistication, and resources will enable us to vigorously represent the interests of the proposed Class and maximize any potential recovery.

9. Mississippi and Arkansas Teacher also understand that it is the Lead Plaintiff's obligation under the PSLRA to select qualified Lead Counsel and to supervise Lead Counsel's prosecution of the case to ensure that the action is prosecuted without unreasonable cost or duplication of effort. Mississippi and Arkansas Teacher decided to seek joint appointment as Lead Plaintiff, in part, because we intend to ensure that this action is prosecuted in such an economical matter, and that Lead Counsel shall only act pursuant to Lead Plaintiff's mandate. Through Lead Plaintiff's oversight of counsel, we believe that Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") will prosecute this action in a cost-effective manner and in the best interests of all Class members.

10. Mississippi and Arkansas Teacher are familiar with the experience, resources, and successes of Bernstein Litowitz, and we are well aware that it is an accomplished law firm with a history of obtaining significant recoveries and corporate governance reforms from defendants. Notably, Bernstein Litowitz served as Co-Lead Counsel in both *Schering* and *Ambac* in which Mississippi and Arkansas Teacher served together as Lead Plaintiff. Indeed, we believe that Bernstein Litowitz's history of effectively litigating complex class action lawsuits, including in cases in which the firm represented or is currently representing Mississippi and Arkansas Teacher as Lead Plaintiff, provide comfort that the Class will receive the best possible representation. We believe that Bernstein Litowitz will vigorously prosecute this action in a cost effective manner and in the best interests of all Class members.

11. Mississippi and Arkansas Teacher are committed to satisfying the fiduciary obligations that we will assume if appointed Lead Plaintiff, including conferring with counsel

regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure and hereby reaffirm that the securities class action against Stericycle will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Mississippi are true to the best of my knowledge. Executed this 12th day of September, 2016.

_Jacqueline H. Ray_
Jacqueline H. Ray
Special Assistant Attorney General, Office of the Attorney General
Public Employees' Retirement System of Mississippi

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Arkansas Teacher are true to the best of my knowledge. Executed this 12 day of September, 2016.

George Hopkins
Executive Director
Arkansas Teacher Retirement System