**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Stericycle, Inc. Securities Litigation* | Civ. A. No. 1:16-cv-07145<br>Hon. Andrea R. Wood<br><br>CLASS ACTION<br><br>ECF CASE |

**LEAD PLAINTIFFS' UNOPPOSED MOTION TO AMEND
THE CLASS ACTION COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Lead Plaintiffs the Public Employees' Retirement System of Mississippi and the Arkansas Teacher Retirement System ("Lead Plaintiffs"), by and through their undersigned counsel, seek leave to amend their complaint and file the Proposed Amended Class Action Complaint. A copy of Lead Plaintiffs' Proposed Amended Class Action Complaint is submitted as Exhibit 1 hereto. Defendants have consented in writing to the filing of this amended complaint, and have authorized Lead Plaintiffs to file this unopposed motion. Defendants, however, reserve the right to move to dismiss the amended complaint.[1]

Rule 15(a)(2) permits the filing of an amended pleading "with the opposing party's written consent or the court's leave . . . ." Plaintiffs are thus permitted to file the Proposed Amended Class Action Complaint by the terms of Rule 15(a)(2).

To the extent that the Court's leave is required, Lead Plaintiffs respectfully request that it

---

[1] Defendants' previously-filed motion to dismiss the existing Complaint (ECF No. 55), Lead Plaintiffs' opposition to the motion to dismiss (ECF No. 58), and Defendants' reply (ECF No. 65) are currently pending before the Court. Defendants and Lead Plaintiffs will meet and confer regarding a proposed briefing schedule to govern Defendants' motion to dismiss the Proposed Amended Class Action Complaint, and will file a proposed schedule with the Court as soon as practicable. The Proposed Amended Class Action Complaint also moots Lead Plaintiffs' Motion for Judicial Notice of Recent Development (ECF No. 67) because it includes the facts set forth therein.

be granted. The purpose of the Proposed Amended Class Action Complaint is to add material, related recent events and related alleged false statements to Lead Plaintiffs' allegations. There has been no undue delay, and considerations of efficiency support the granting of leave to amend, which, under the Federal Rules, "shall be freely given when justice so requires." *See In re Stericycle, Inc., Steri-safe Contract Litigation*, No. 13-cv-05795 (N.D. Ill.) (ECF No. 149) (granting motion to amend the complaint in the related class action brought by Stericycle customers where defendants provided written consent); *Monetti, S.p.A. v. Anchor Hocking Corp.*, 1992 WL 29985, *1 (N.D. Ill. Feb. 7, 1992) (Courts "liberally grant[] motions to amend the pleadings where . . . there is no evidence of bad faith or dilatory motive.").

For the foregoing reasons, Lead Plaintiffs respectfully request that the Court grant this Motion and permit the filing of Lead Plaintiffs' Proposed Amended Class Action Complaint.

DATED: March 20, 2018

Respectfully submitted,

*/s/ Adam H. Wierzbowksi*
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
John C. Browne (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
Julia K. Tebor (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: JohnB@blbglaw.com
Email: Adam@blbglaw.com
Email: Julia.Tebor@blbglaw.com

           **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
           Avi Josefson
           875 North Michigan Avenue, Suite 3100
           Chicago, IL 60611
           Telephone: (312) 373-3880
           Facsimile: (312) 794-7801
           Email: Avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public Employees' Retirement System of Mississippi and the Arkansas Teacher Retirement System*