**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Stericycle, Inc. Securities Litigation* | Civ. A. No. 1:16-cv-07145<br><br>Hon. Andrea R. Wood |

**DEFENDANTS' MOTION TO DISMISS
THE FOURTH AMENDED COMPLAINT**

For the reasons set forth in the memorandum in support of this motion, Defendants Stericycle, Inc. ("Stericycle"), Charles A. Alutto, Dan Ginnetti, Brent Arnold, Frank ten Brink, Richard Kogler (collectively "Officer Defendants"), Mark C. Miller, Jack W. Schuler, Lynn Dorsey Bleil, Thomas D. Brown, Thomas F. Chen, Rodney F. Dammeyer, William K. Hall, John Patience, and Mike S. Zafirovski (collectively "Director Defendants"), Merrill Lynch, Pierce, Fenner & Smith, Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, HSBC Securities (USA) Inc., MUFG Securities Americas Inc. f/k/a Mitsubishi UFJ Securities (USA) Inc., Santander Investment Securities Inc., SMBC Nikko Securities America, Inc., and U.S. Bancorp Investments, Inc. (collectively "Underwriter Defendants"), by and through their attorneys, hereby move this Honorable Court to dismiss all counts of Plaintiffs' Fourth Amended Complaint[1] pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

WHEREFORE, Defendants respectfully request that this Court dismiss all counts of Plaintiffs' Fourth Amended Complaint with prejudice, and request such other and further relief as this Court deems appropriate.

---

[1] Entitled the Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 84).

| | |
|---|---|
| Dated:  May 25, 2018 | /s/ Michael J. Faris<br>Sean M. Berkowitz<br>Michael J. Faris<br>Meghan M. Hansen<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br><br>*Counsel for Defendants Stericycle, Inc., Charles A. Alutto, Dan Ginnetti, Brent Arnold, Frank ten Brink, Richard Kogler, Mark C. Miller, Jack W. Schuler, Lynn Dorsey Bleil, Thomas D. Brown, Thomas F. Chen, Rodney F. Dammeyer, William K. Hall, John Patience, and Mike S. Zafirovski*<br><br>/s/ Robert Y. Sperling (w/ consent)<br>Robert Y. Sperling<br>Joseph L. Motto<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone:  (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>James P. Smith, III<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-4633<br>Facsimile: (212) 294-4700<br><br>*Counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, HSBC Securities (USA) Inc., MUFG Securities Americas Inc. f/k/a Mitsubishi UFJ Securities (USA) Inc., Santander Investment Securities Inc., SMBC Nikko Securities America, Inc., and U.S. Bancorp Investments, Inc.* |