**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Stericycle, Inc. Securities Litigation* | Civ. A. No. 1:16-cv-07145<br>Hon. Andrea R. Wood<br><br>CLASS ACTION<br><br>**ECF CASE** |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT**

Lead Plaintiffs, the Public Employees' Retirement System of Mississippi and the Arkansas Teacher Retirement System, by and through their undersigned counsel, respectfully move this Court for entry of an Order: (i) granting preliminary approval of the proposed Settlement of the above-captioned action; (ii) approving the form and manner of providing notice of the Settlement to Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement.

The Motion is based upon the Stipulation and Agreement of Settlement, dated February 14, 2019, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein. The proposed Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is attached hereto as Exhibit 2.

Pursuant to the terms of the Stipulation, this Motion is unopposed by Defendants.

Dated: February 25, 2019

Respectfully submitted,

By: */s/ John C. Browne*____________

John C. Browne (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: johnb@blbglaw.com
Email: adam@blbglaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com

***Lead Counsel for Lead Plaintiffs and the Settlement Class***

Jason M. Kirschberg
**GADOW TYLER, PLLC**
511 E Pearl St.
Jackson, MS 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
Email: jason@gadowtyler.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I, John C. Browne, an attorney, hereby certify that a copy of the foregoing **"Lead Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement"** was served on counsel for all parties electronically via the CM/ECF system on February 25, 2019.

Dated: February 25, 2019

By: *<u>/s/ John C. Browne</u>*
John C. Browne

#1273591