**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Stericycle, Inc. Securities Litigation* | Civ. A. No. 1:16-cv-07145<br>Hon. Andrea R. Wood<br><br>CLASS ACTION<br><br>ECF CASE |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, hereby moves this Court, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for entry of an order awarding attorneys' fees and reimbursement of litigation expenses in the above-captioned action. This motion is based on the Declaration of John C. Browne in Support of (I) Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and all other papers and proceedings herein and such additional evidence or argument that may be presented at the hearing on this matter previously scheduled by the Court for July 22, 2019. A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the request for attorneys' fees and reimbursement of litigation expenses has passed.

Dated: June 17, 2019

Respectfully submitted,

By: /s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: johnb@blbglaw.com
Email: adam@blbglaw.com

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs
and the Settlement Class*

**GADOW TYLER, PLLC**
Jason M. Kirschberg
511 E Pearl St.
Jackson, MS 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
Email: jason@gadowtyler.com

*Counsel for Plaintiff*

#1301611

## CERTIFICATE OF SERVICE

    I, John C. Browne, an attorney, hereby certify that a copy of the foregoing "**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**" was served on counsel for all parties electronically via the CM/ECF system on June 17, 2019.

Dated: June 17, 2019          By:     */s/ John C. Browne*
                                                         John C. Browne