UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Stericycle, Inc. Securities Litigation* | Civ. A. No. 1:16-cv-07145 |
| | Hon. Andrea R. Wood |
| | <u>CLASS ACTION</u> |
| | ECF CASE |

**NOTICE OF RECENT AUTHORITY IN FURTHER SUPPORT
OF LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS'
<u>FEES AND REIMBURSEMENT OF LITIGATION EXPENSES</u>**

Lead Plaintiffs the Public Employees' Retirement System of Mississippi ("MissPERS") and the Arkansas Teacher Retirement System ("ATRS"), by their undersigned counsel, respectfully notify the Court of a recent decision by the U.S. District Court of the Northern District of Georgia, *In re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 17-md-2800 (N.D. Ga. Jan. 13, 2020) ("*Equifax*"), a copy of which is attached as Exhibit A.

In *Equifax*, Judge Thrash approved the settlement of claims arising out of Equifax's 2017 data breach that impacted approximately 147 million Americans. The settlement—which the court described as "the largest and most comprehensive recovery in a data breach case in U.S. history by several orders of magnitude"—provided for $380.5 million in cash; up to an additional $125 million if needed to satisfy certain out of pocket losses; and potentially $2 billion more if all 147 million class members sign up for credit monitoring. Ex. A at 5, 15.

In approving the settlement and award of attorneys' fees, the court addressed and squarely rejected numerous objections by Theodore Frank, the attorney who represents the objector to Lead Counsel's motion for attorneys' fees here:

- The court chastised Frank for using a misleading website to gin up purported objections to the *Equifax* settlement. *Id*. at 114. The website used "inflammatory language" and "false and misleading statements about the settlement," including the false assertion that only $31 million was available to pay claims. *Id*. at 37. The court held that "[t]hese actions are improper and further support a finding that ***Frank's objection is not motivated to serve the interests of the class***." *Id*. at 114;

- The court also rejected Frank's misguided proposal that the court split the class into subclasses specific to each state, because it would have required "at least 34 separate teams of lawyers," an "incredibly time consuming" appointment process and a "staggering" duplication of efforts. *Id*. at 55. Indeed, the court recognized that Frank's proposal would likely "***lead to no settlement (and possibly no recovery at all)***" (*id*. at 62 n.30)—further demonstrating that Frank is motivated by an anti-class action bias rather than the best interests of the class; and

- The court rejected Frank's proposal that the court award only 10% in attorneys' fees, and approved the requested 20.36% fee instead. The court held that Frank had "unreasonably and erroneously" discounted the significant risk the plaintiffs faced, and had improperly discounted all of the settlement benefits except the $380.5 million fund. *Id*. at 94, 95. The court added that, even if it considered only $310 million of the recovery in its fee analysis, ***a 25% fee would still be justified***—the same percentage that Plaintiffs request here. *Id*. at 96.

As Judge Thrash held in *Equifax*, Frank is a "serial objector" motivated by ideology with a long history of making baseless objections to meritorious settlements.

Here, as Judge Tharp's recent holding in *Boeing* demonstrates (*see* Plaintiffs' prior Notice of Recent Authority dated November 19, 2019, Dkt. No. 144), Frank's objections to Plaintiffs' attorneys' fees lack merit, and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Dkt. No. 116) should be granted in full.

DATED: January 22, 2020

Respectfully submitted,

*/s/ John C. Browne*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John C. Browne (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
Julia K. Tebor (admitted *pro hac vice*)
1251 Avenue of the Americas

2

New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: JohnB@blbglaw.com
Email: Adam@blbglaw.com
Email: Julia.Tebor@blbglaw.com

**BERNSTEIN LITOWITZ BERGER  & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: Avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs*