# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Stericycle, Inc. Securities Litigation* | Civ. A. No. 1:16-cv-07145<br>Hon. Andrea R. Wood<br><br>CLASS ACTION<br><br>ECF CASE |

## LEAD COUNSEL'S REVISED MOTION FOR ATTORNEYS' FEES

Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, hereby moves this Court, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for entry of a revised order awarding attorneys' fees in the above-captioned action following remand from the Seventh Circuit. This motion is based on accompanying Memorandum of Law in Support of Lead Counsel's Revised Motion for Attorneys' Fees and the Declaration of John C. Browne in Support of Lead Counsel's Revised Motion for Attorneys' Fees; and all other papers and proceedings herein, including Lead Counsel's initial motion for attorneys' fees (ECF Nos. 118-119).

Dated: November 18, 2022               Respectfully submitted,

By: */s/ John C. Browne*
John C. Browne (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: johnb@blbglaw.com
Email: adam@blbglaw.com

2

        **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**
        Avi Josefson
        875 North Michigan Avenue, Suite 3100
        Chicago, IL 60611
        Telephone: (312) 373-3880
        Facsimile: (312) 794-7801
        Email: avi@blbglaw.com

        *Lead Counsel for Lead Plaintiffs*
        *and the Settlement Class*

#3152463

**CERTIFICATE OF SERVICE**

  I, John C. Browne, an attorney, hereby certify that a copy of the foregoing "**Lead Counsel's Revised Motion for Attorneys' Fees**" was served on counsel for all parties electronically via the CM/ECF system on November 18, 2022.

Dated: November 18, 2022      By: */s/ John C. Browne*
                      John C. Browne